IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHELE CHAMPAGNE and HARRY O. HOLSTEIN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 08-RRA-1857-E ) |
| JACKSONVILLE STATE UNIVERSITY, | ) ) ) |
| Defendant. | ) ) |

### **Memorandum Opinion**

The case comes before the court on the defendant's motion, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss count three.  (Doc. 12.)  On September 29, 2009, the magistrate recommended that the motion be denied.  The time for objections to that recommendation has expired and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  An appropriate order will be entered.

DONE this the 20th day of October 2009.

*[signature: Inge Prytz Johnson]*

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE