FILED
2011 Feb-01  PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHELE CHAMPAGNE and HARRY O. HOLSTEIN, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CV-08-RRA-1857-E ) |
| JACKSONVILLE STATE UNIVERSITY, | ) ) |
| Defendant. | ) |

## ORDER

Pending before the court is the defendant's motion for summary judgment. (Doc. 36.) On January 13, 2011, the magistrate recommended that the motion be denied in regard to the statute of limitations defense raised by the defendant. No objections have been filed.

Having carefully reviewed *de novo* the entire court record, including the report and recommendation, the undersigned is of the opinion that the magistrate's recommendation should be, and hereby is, ACCEPTED and ADOPTED. It is hereby ORDERED, ADJUDGED, and DECREED that the defendant's statute of limitations defense is DISALLOWED, and that the summary judgment motion proceed with a discussion of the remaining issues.

DONE and ORDERED this  1st   day of February, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE