FILED
2011 Jul-26 PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHELE CHAMPAGNE and<br>HARRY O. HOLSTEIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>JACKSONVILLE STATE<br>UNIVERSITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 08-IPJ-1857-E<br>)<br>)<br>)<br>)<br>) |

## Memorandum Opinion

The case is before the court on the defendant's motion for summary judgment (doc. 36) and the plaintiffs' motion for summary judgment (doc. 56).  On June 24, 2011, the magistrate recommended that the defendant's motion for summary judgment be granted and the plaintiff's motion for summary judgment be denied.  (Doc. 71.)  The plaintiffs have filed objections to that recommendation.  (Docs. 73, 75.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law.  Accordingly, the defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

DONE this the 26th day of July, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE